1 | **KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN 249203)
ak@kazlg.com
Mona Amini (SBN 296829)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, California 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**LOS ANGELES LEGAL SOLUTIONS**
F. Jay Rahimi, Esq. (SBN: 305286)
jay@lalslaw.com
17200 Ventura Blvd., Suite 115
Encino, California 91316
Telephone: (818) 510-0555
Facsimile: (818) 510-0590

*Attorneys for Plaintiff*
Rodrigo Pena Oregon

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODRIGO PENA OREGON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GARDAWORLD CASHLINK LLC d/b/a GARDAWORLD CASH,<br><br>Defendant. | Case No.: 2:24-cv-03862-WLH-AGR<br><br>**CLASS ACTION**<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO F.R.C.P. 41a(1) WITHOUT PREJUDICE** |

//
//
//
//

- 1 -
NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41a(1)

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1)(A)(i), Plaintiff RODRIGO PENA OREGON ("Plaintiff"), by and through his attorneys, hereby voluntarily dismisses this action against GARDAWORLD CASHLINK LLC d/b/a GARDAWORLD CASH ("Defendant") in its entirety without prejudice. Plaintiff respectfully requests that this matter be closed without fees or costs to any party.

Dated: July 30, 2024                    Respectfully submitted,

                                                **KAZEROUNI LAW GROUP, APC**

                                        By:  */s/ Mona Amini*
                                                Abbas Kazerounian, Esq.
                                                Mona Amini, Esq.
                                                245 Fischer Avenue, Unit D1
                                                Costa Mesa, California 92626
                                                Telephone: (800) 400-6808
                                                Facsimile:  (800) 520-5523

                                                *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Kazerouni Law Group, APC, 245 Fischer Avenue, Unit D1, Costa Mesa, CA 92626. On July 30, 2024, I served the within document(s):

- **NOTICE OF VOLUNTARY DISMISSAL OF ACTION PURSUANT TO FRCP 41a(1) WITHOUT PREJUDICE**

☒ CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m. The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 30, 2024, at Costa Mesa, California.

/s/ Mona Amini
MONA AMINI